[No. 9571–4–I. Division One. March 22, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSIAH HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80–1–02457–1, Jack P. Scholfield, J., entered October 29, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Ringold and Durham, JJ.

[No. 9695–8–I. Division One. March 22, 1982.]

THE CITY OF SEATTLE, *Respondent*, v. EMERSON HARPER DUKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80–1–03437–1, Robert M. Elston, J., entered December 10, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Corbett, JJ.

[No. 9003–8–I. Division One. March 22, 1982.]

*In the Matter of the Marriage of* JOHN R. SCHMID, *Appellant, and* DORIS I. SCHMID, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 40597, Harry A. Follman, J., entered June 23, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Ringold and Durham, JJ.

[No. 8602–2–I. Division One. March 22, 1982.]

HOWARD E. RAND, *Appellant*, v. RAYMOND HASMAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 852377, Eugene G. Cushing, J., entered March 18, 1980. *Reversed* and *remanded* by unpublished opinion per James, J., concurred in by Williams and Ringold, JJ.